UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

In re: DNAinfo          Plaintiff,          Case No.   16-mc-00332-P1

    -against-

                                       Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Alfred Levitt**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AL4072          My State Bar Number is NY#2653871

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:          FIRM NAME: Boies, Schiller & Flexner LLP
                       FIRM ADDRESS: _____
                       FIRM TELEPHONE NUMBER: _____
                       FIRM FAX NUMBER: _____

NEW FIRM:          FIRM NAME: General Counsel at Hugo Enterprises LLC
                       FIRM ADDRESS: 1395 S. Platte River Drive, Denver, CO, 80120
                       FIRM TELEPHONE NUMBER: 301-452-9230
                       FIRM FAX NUMBER: 866.589.3475/AlfredLevitt@gmail.com

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 9/20/16

                                                        */s/ Alfred Levitt*
                                                     ATTORNEY'S SIGNATURE