UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DNAinfo | No. 16-cv-00332-P1<br><br>NOTICE OF APPEAL |

      **NOTICE IS HEREBY GIVEN** that DNAinfo appeals to the United States Court of Appeals for the Second Circuit from the order entered in the above-captioned action by Judge Sidney H. Stein on December 6, 2016 (Dkt. No. 7).

Dated:  December 6, 2016

                                                  Respectfully submitted,

                                                   _s/ Alfred Levitt_
                                                  Alfred Levitt
                                                  N.Y. Bar No. 2653871
                                                  DNAINFO
                                                  810 7th Avenue
                                                  Suite 800
                                                  New York, NY 10019
                                                  Phone: (646) 435-9100
                                                  Facsimile: (646) 368-6820
                                                  alevitt@hugollc.com